**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Michael J. TEDDER,
Defendant/Appellant.**

No. ED 87689.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 17, 2007.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang, Roger Johnson, co-counsel, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Michael J. Tedder appeals from the trial court's judgment entered upon a jury verdict finding him guilty of first-degree sodomy. We have reviewed the briefs of the parties and the record on appeal and find no abuse of discretion. See *State v. Simmons*, 955 S.W.2d 729, 737 (Mo.banc 1997). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).